JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH EVANS,<br><br>             Petitioner,<br><br>     v.<br><br>RON DAVIS, Warden,<br><br>             Respondent. | Case No. SACV 17-1929 DOC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 7, 2018

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE